AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>DARELL C. RICHARDS<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 8:22MJ100<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  See offense description  in the county of  Douglas  in the  _____  District of  Nebraska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody:<br>On or about February 19, 2022, in the District of Nebraska, the defendant, Darell C. Richards, did knowingly escape from custody in Dismas Charities Inc, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Nebraska upon conviction for the commission of being a prohibited person in possession of a firearm, in violation of Title 18, United Sates Code, Section 922(g)(1). |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel R. Potter, United States Marshals Service
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 3/7/2022

*Judge's signature*

City and state:  Omaha, NE

Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## FOR THE ARREST OF DARELL C. RICHARDS

I, Daniel R. Potter, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a Criminal Complaint authorizing the arrest of Darell C. Richards (DOB 12/14/1989, SSN 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, FBI No. 128905LC2).

2. I am a Deputy United States Marshal, with the United States Department of Justice, United States Marshals Service, and have been so employed since April 15, 2003. I am currently assigned to the Metro Fugitive Task Force as the Enforcement Coordinator and serve as a Team Leader. In this capacity, I routinely investigate, locate, and apprehend state/local/federal fugitives within the Omaha, NE metro area.

3. As a result of my training and experience, I am familiar with the process in which a defendant shall remain in a designated BOP facility.

4. I have investigated this matter and believe the following to be true and accurate.

5. This affidavit is intended to show there is sufficient probable cause for the issuance of an Arrest Warrant for Darell C. Richards. I do not include each and every fact known to me, but only those which I believe are sufficient to show probable cause.

## PROBABLE CAUSE

6. On December 18, 2014 Darell C. Richards appeared before the federal district court for the District of Nebraska before United States District Judge Bataillon. Darell C. Richards was sentenced for his conviction of possession of a firearm by a prohibited person (felon) in Case No. 8:13CR371-001 to 84 months incarceration to be followed by 3 years of supervised release.

7. On January 19, 2022 Darell C. Richards was designated by the Bureau of Prisons for placement at Dismas Charities (Omaha, NE), an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the United States District Court for the District of Nebraska pursuant to his conviction for possession of a firearm by a prohibited person, until April 18, 2022.

8. On or about the day of February 19, 2022, Darell C. Richards knowingly escaped from custody from Dismas Charities.

9. On February 19, 2022 at approximately 9:06 p.m. Dismas Charities staff became aware that inmate Darell C. Richards was unaccounted for at Dismas Charities. Dismas staff conducted a review of surveillance cameras on the premises located at 506 Crown Point Avenue in Omaha, NE. Dismas staff identified that inmate Darell C. Richards left the Dismas facility without authorization on February 19, 2022 at approximately 5:00 p.m. and did not return to Dismas Charities.

10. Based on the information set forth, the United States Marshals Service respectfully requests an Arrest Warrant be issued for Darell C. Richards.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated March 7, 2022.

Daniel R. Potter
Metro Fugitive Task Force
United States Marshals Service

Sworn to before me by reliable electronic means:

Date: 03/07/2022

City and State: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge